IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JIMMY J. REASON, (01)<br>[DOB: 07/21/1974]<br><br>and<br><br>CHRISTOPHER R. MORT, (02)<br>[DOB: 08/14/1981]<br><br>　　　　　　　　　　Defendants. | Case No. 4:25-00354-01/02-CR-W-BCW<br><br>**COUNT ONE: BOTH DEFENDANTS**<br>*(Conspiracy to Distribute Methamphetamine)*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846<br>NLT 10 Years' Imprisonment<br>NMT Life Imprisonment<br>NMT $10,000,000 Fine<br>NLT 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT TWO: REASON ONLY**<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Assessment Each Count |

## I N D I C T M E N T

　　THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Conspiracy to Distribute Methamphetamine)*

　　Between on or about January 1, 2025, and January 28, 2025, said dates being approximate, in the Western District of Missouri, the defendants, JIMMY J. REASON, and CHRISTOPHER R. MORT, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

## COUNT TWO
*(Felon in Possession of a Firearm)*

On or about January 28, 2025, in the Western District of Missouri, the defendant, JIMMY J. REASON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Smith & Wesson, Model SD40VE, .40 caliber handgun, bearing Serial Number FCE0866, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

December 10, 2025
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Jeffrey Q. McCarther*
Jeffrey Q. McCarther
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri